MILLS SADAT DOWLAT LLP
Arash Sadat (SBN 279282)
Camron Dowlatshahi (SBN 308618)
Kathleen Moore (SBN 358479)
515 South Flower Street, Suite 1000
Los Angeles, CA 90071
Tel.: (213) 628-3856
Email: arash@msdlawyers.com
Email: camron@msdlawyers.com
Email: kathleen@msdlawyers.com

Attorneys for Plaintiff
JUAN OCHOA RODRIGUEZ

Nicky Jatana (SBN 197682)
Nicky.Jatana@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Scott P. Jang (State Bar No. 260191)
Scott.Jang@jacksonlewis.com
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
WESTROCK SERVICES, LLC

Additional counsel for Defendant on the following page.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OCHOA RODRIGUEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTROCK SERVICES, LLC, a Georgia limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:26-cv-03290-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION SELECTING AN ADR PROCESS; ORDER THEREON**<br><br>FAC filed: February 23, 2026<br>Trial Date: None Set |

Isabella L. Shin (State Bar No. 294937)
Isabella.Shin@jacksonlewis.com
JACKSON LEWIS P.C.
160 W. Santa Clara Street, Suite 400
San Jose, California 95113
Telephone: (408) 579-0404
Facsimile: (408) 454-0290

Plaintiff Juan Ochoa Rodriguez ("Plaintiff") and Defendant Westrock Services, LLC ("Defendant") (Plaintiff with Defendant, the "Parties"), by and through their respective counsel of record, hereby enter this Joint Stipulation with reference to the following facts:

WHEREAS, on October 28, 2025, Plaintiff filed a Class and Representative Action Complaint against Smurfit Westrock in the Superior Court of the State of California, County of Contra Costa, alleging eight individual and class causes of action pursuant to the California Labor Code and California Business and Professions Code and an individual and representative cause of action pursuant to the California Labor Code Private Attorneys General Act ("PAGA");

WHEREAS, on February 23, 2026, Plaintiff filed a First Amended Class and Representative Action Complaint (the "Operative Complaint"), identifying Westrock Services, LLC as the proper Defendant and removing Smurfit Westrock from the action;

WHEREAS, on April 17, 2026, Defendant removed this action to the United States District Court for the Northern District of California and filed an Answer to the Operative Complaint;

WHEREAS, the Parties have met and conferred regarding the appropriate ADR process for this action and have agreed to participate in private mediation on February 15, 2027;

WHEREAS, pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, the Parties are required to consider which ADR process is best suited to their case and to file a stipulation selecting an ADR process;

THEREFORE, the Parties stipulate and respectfully request that the Court approve their selection of private mediation as the ADR process for this action, and that the Parties be ordered to complete mediation on or before February 15, 2027.

//

//

//

//

//

//

//

Dated: August 18, 2026

MILLS SADAT DOWLAT LLP

By: */s/ Kathleen Moore*

Arash Sadat
Camron Dowlatshahi
Kathleen Moore

Attorneys for Plaintiff
JUAN OCHOA RODRIGUEZ

Dated: August 18, 2026

JACKSON LEWIS P.C.

By: */s/ Scott P. Jang*

Nicky Jatana
Scott P. Jang
Isabella L. Shin

Attorneys for Defendant
WESTROCK SERVICES, LLC

**SIGANTURE CERTIFICATION**

Pursuant to Local Rule 5-1(i), counsel for Plaintiff Juan Ochoa Rodriguez, certifies that each of the other Signatories have concurred in the filing of this document.

Dated: August 18, 2026

*/s/ Kathleen Moore*

Kathleen Moore

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation Selecting an ADR Process, and good cause appearing, HEREBY ORDERS as follows:

The Parties shall participate in private mediation as the ADR process for this action, and the Parties shall complete mediation on or before February 15, 2027.

**IT IS SO ORDERED.**

Dated: 8/19/2026

Haywood S. Gill Jr.

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge