MILLS SADAT DOWLAT LLP
Arash Sadat (SBN 279282)
Camron Dowlatshahi (SBN 308618)
Kathleen Moore (SBN 358479)
515 South Flower Street, Suite 1000
Los Angeles, CA 90071
Tel.: (213) 628-3856
Email: arash@msdlawyers.com
Email: camron@msdlawyers.com
Email: kathleen@msdlawyers.com

Attorneys for Plaintiff Juan Ochoa Rodriguez

Nicky Jatana (SBN 197682)
Nicky.Jatana@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Scott P. Jang (State Bar No. 260191)
Scott.Jang@jacksonlewis.com
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant Westrock Services, LLC

Additional counsel for Defendant on the following page.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OCHOA RODRIGUEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTROCK SERVICES, LLC, a Georgia limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:26-cv-03290-HSG<br><br>[Honorable Haywood S. Gilliam, Jr., Courtroom 2]<br><br>**JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER THEREON**<br><br>Action filed: October 28, 2025<br>Action removed: April 17, 2026 |

Isabella L. Shin (State Bar No. 294937)
Isabella.Shin@jacksonlewis.com
JACKSON LEWIS P.C.
333 W. San Carlos Street, Suite 1625
San Jose, California 95110
Telephone: (408) 579-0404
Facsimile: (408) 454-0290

Plaintiff Juan Ochoa Rodriguez ("Plaintiff") and Defendant Westrock Services, LLC ("Defendant") (Plaintiff with Defendant, the "Parties"), by and through their respective counsel of record, hereby enter this Joint Stipulation with reference to the following facts:

WHEREAS, on October 28, 2025, Plaintiff filed a Class and Representative Action Complaint against Smurfit Westrock in the Superior Court of the State of California, County of Contra Costa, alleging eight individual and class causes of action pursuant to the California Labor Code and California Business and Professions Code and an individual and representative cause of action pursuant to the California Labor Code Private Attorneys General Act ("PAGA");

WHEREAS, on February 23, 2026, Plaintiff filed a First Amended Class and Representative Action Complaint (the "Operative Complaint"), identifying Westrock Services, LLC as the proper Defendant and removing Smurfit Westrock from the action;

WHEREAS, on April 17, 2026, Defendant removed this action to the United States District Court for the Northern District of California and filed an Answer to the Operative Complaint;

WHEREAS, Jesse Hernandez ("Hernandez") and Julian Avato Moya ("Moya"), former employees of Defendant, were retained by Plaintiff's counsel and allege the same or substantially similar individual and class allegations as Plaintiff and have been identified as plaintiffs in a parallel action, *Jones v. Westrock Services, LLC*, U.S. District Court for the Central District of California, Case No. 2:26-cv-04971-SRM-PVC ("*Jones*");

WHEREAS, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading with the opposing party's written consent or the court's leave; and

THEREFORE, to avoid duplicative proceedings and in the interest of judicial economy, the Parties stipulate and respectfully request that the Court grant Plaintiff leave to file a Second Amended Class and Representative Action Complaint naming Hernandez and Moya as additional class representative in this action, upon which Hernandez and Moya will be dismissed from *Jones* without prejudice to their proceeding in this case.

//

//

Dated: October 5, 2026

MILLS SADAT DOWLAT LLP

By: */s/ Kathleen Moore*
Arash Sadat
Camron Dowlatshahi
Kathleen Moore
Attorneys for Plaintiff, Juan Ochoa Rodriguez

Dated: October 5, 2026

JACKSON LEWIS, P.C.

By: */s/ Scott P. Jang*
Nicky Jatana
Scott Jang
Isabella L. Shin
Attorneys for Defendant, Westrock Services, LLC

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-1(i), counsel for Plaintiff Juan Ochoa Rodriguez, certifies that each of the other Signatories have concurred in the filing of this document.

Dated: October 5, 2026

/s/ Kathleen Moore

Kathleen Moore

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation for Leave to File Second Amended Complaint, and good cause appearing, HEREBY ORDERS as follows: Plaintiff shall have leave to file a Second Amended Class and Representative Action Complaint naming Jesse Hernandez and Julian Avato Moya as plaintiffs in this case, together with any non-overlapping factual allegations applicable to their claims.

**IT IS SO ORDERED.**

Dated: 10/6/2026

Haywood S. Gill, Jr.

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge